UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CONSTRUCTION COOPERATION CORP.,
AS ASSIGNEE OF CONSTRUCTION
COOPERATIVE CORP.,

Case No.: 09 CV 823 (AKH)

Plaintiff,

~~PROPOSED~~ AMENDED
CIVIL CASE
MANAGEMENT PLAN

-against-

STAGING CONCEPTS INC.,

Defendant.
------------------------------------------------------------------X

**IT IS HEREBY ORDERED** that the Case Management Plan adopted on May 8, 2009 is amended as follows:

1. All non-expert discovery is to be completed by November 30, 2009.

2. The last day for filing dispositive motions shall be January 8, 2010.

3. A settlement meeting between counsel for the parties shall be held on January 22, 2010.

4. The Case Management Conference will be held on January 29, 2010, 10:00 am

SO ORDERED,

Dated: New York, New York
       September 25, 2009

Alvin K. Hellerstein
United States District Judge